# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

JOSHUA STICKLAND                                                                                    PLAINTIFF

V.                                             5:17CV00190-JM-JTK

JERIMAHA THOMAS, et al.                                                                       DEFENDANTS

## **JUDGMENT**

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case is DISMISSED with prejudice, for failure to state a claim upon which relief may be granted.

The Court certifies that an in forma pauperis appeal from an this Judgment and accompanying Order would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ADJUDGED this 18th day of September, 2017.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE